IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH BENNETT,<br><br>        *Plaintiff,*<br><br>v.<br><br>SEPTA, et al.,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 23-1271 |

## ORDER

**AND NOW**, this 2nd day of February, 2024, upon consideration of Defendants' Motion for Summary Judgment, (ECF No. 15), all briefs and exhibits filed in support of the Motion and Plaintiff's Response, (ECF No. 16), Defendant's Reply (ECF No. 17), Plaintiff's Motion for Relief Pursuant to Rule 56(d), (ECF No. 22), Defendants' Response (ECF 26), and after holding oral argument, (ECF No. 21), it is hereby **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment is **GRANTED** and judgment shall be entered in favor of Scott Sauer and SEPTA.

2. Plaintiff's Motion for Relief Pursuant to Rule 56(d) is **DENIED**. *See* Footnotes 6 and 18 in the Court's accompanying Memorandum.

3. The Clerk of Court shall close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.