## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEBORAH BENNETT,

      *Plaintiff,*

    v.

SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY and
SCOTT SAUER,

      *Defendants.*

CIVIL ACTION
NO. 23-1271

### ORDER

**AND NOW**, this 7th day of April, 2026, upon consideration of Plaintiff's Motion for Review of the Clerk's Taxation of Costs Pursuant to Federal Rule of Civil Procedure 54(d)(1), (Dkt. No. 39), and Defendants' Response in Opposition, (Dkt. No. 41), it is hereby **ORDERED** that the Motion is **DENIED**.  The Clerk of Court shall **CLOSE** the case.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.